IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MALIK IONE JAMES, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-00504-WS-N |
| DEPARTMENT OF CORRECTION, et al, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 7th day of March, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE